IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELLEN L. MADEIRA AS TRUSTEE
OF THE ELLEN L. MADEIRA
REVOCABLE TRUST DATED MARCH
7, 2002 AS AMENDED AND ELLEN L.
MADEIRA, INDIVIDUALLY

    Plaintiffs,                                         **CIVIL ACTION:**

v.                                                     **NOTICE OF REMOVAL**

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

TO THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION:

    Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, FEDERAL INSURANCE COMPANY ("Federal" or "Defendant") gives notice of removal of this civil action, Case Number 112021CA0015530001XX, pending in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, and hereby removes this action to the United States District Court for the Middle District of Florida, Fort Myers Division. In support of its Notice of Removal, Federal states as follows:

    1.    On or about June 11, 2021, Plaintiffs, ELLEN L. MADEIRA as Trustee of the Ellen L. Madeira Revocable Trust Dated March 7, 2002 as amended and

7464787.1

ELLEN L. Madeira, Individually, ("Plaintiffs"), filed a Summons and Complaint, bearing Case Number 112021CA0015530001XX, in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

2. Federal is the sole defendant named in the Complaint for Damages ("Complaint") filed by the Plaintiffs, styled as *ELLEN L. MADEIRA AS TRUSTEE OF THE ELLEN L. MADEIRA REVOCABLE TRUST DATED MARCH 7, 2001 AND ELLEN L. MADEIRA, INDIVIDUALLY v. FEDERAL INSURANCE COMPANY*. *See* Complaint, attached hereto as **Exhibit 1**.

3. Federal was served with Plaintiffs' Summons and Complaint on June 25, 2021. *See* Notice of Service of Process, attached hereto as **Exhibit 2**. In addition to the Complaint, Plaintiff also served Federal with a Summons, Standing in Circuit Civil Cases In The Twentieth Judicial Circuit, Notice of Filing Plaintiff's Request for Depositions, Plaintiff's First Request for Admissions, Plaintiff's First Request for Production of Documents On Defendant, Plaintiff's Notice of Serving Initial Interrogatories to Defendant, and Plaintiff's Initial Interrogatories to Defendant.

4. The United States District Court for the Middle District of Florida, Fort Myers Division, is the Court and Division encompassing the county wherein such action is pending in state court.

5. This removal is effected and has been timely filed within one (1) year after commencement of the action and within thirty (30) days after Federal received service of Plaintiffs' Summons and Complaint.

6. This Court has jurisdiction over this matter and it is properly removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

7. Pursuant to 28 U.S.C. § 1446(a), a copy of all papers filed in the record of the State Court action are attached hereto along with a copy of the docket as **Composite Exhibit 3**.

8. For the purposes of diversity of citizenship under 28 U.S.C. § 1332(c)(2), the Plaintiffs are citizens of Florida. *See* **Exhibit 4**, Collier County Property Appraiser printout.

9. The Defendant, Federal, is an Indiana corporation and maintains its principal place of business in New Jersey. *See* Indiana Secretary of State Business Information attached hereto as **Exhibit 5**.

10. This action is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, in that all properly joined and served parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. Plaintiffs allege that Federal issued insurance Policy Number 10660072-07 (the "Policy") to Plaintiffs to insure certain real property located at

7464787.1

7913 Tiger Lily Drive, Naples, Florida 34113 (the "Property"). *See* **Exhibit 1**, ¶¶ 6 and 7.

12. Venue is proper in the Middle District of Florida because at all relevant times Federal was doing business in Florida as an insurer, and the suit for which this removal originates was filed by Plaintiffs in the Circuit Court in and for Collier County, Florida. *See* **Exhibit 1.**

13. Plaintiffs allege that Federal breached its contractual obligations in the Policy by failing to make payment for the Claim sufficient to return the Property to a pre-loss condition, as required by the Policy. *See* **Exhibit 1**, ¶ 21, attached and incorporated thereto.

14. Beyond the allegations in Plaintiffs' Complaint, Federal further centers its belief that the amount in controversy exceeds $75,000.00 based on an estimate prepared by Plaintiffs' contractor, Double G Construction, dated April 27, 2021, in the amount of $206,970.77. After application of the deductible of $19,480.00, the amount in controversy would be $187,490.77 which exceeds $75,000.00. The estimate is attached hereto as **Exhibit 6**. To date, Federal has not made any payments in this matter. Therefore, the remaining amount in controversy is at least $187,490.11.

15. Indeed, given that Plaintiffs seek recovery for alleged extensive damage to the insured Property, and in addition seeks reimbursement of attorney's fees

pursuant to Florida State §627.428 or §626.9373 (*See* **Exhibit 1** at ¶ 24) it appears a reasonable probability that the amount in controversy exceeds $75,000.00 exclusive of interest and costs. *See, e.g. Kotchman v. State Farm Mut. Auto. Ins. Co.*, 2015 U.S. Dist. LEXIS 153918 (M.D. Fla. 2015) (district courts are permitted to make "reasonable deductions" and "reasonable inferences" in determining whether the case meets federal jurisdictional requirements).

16. The facts related to the federal court's jurisdiction over this matter were true at the time Plaintiffs filed their Complaint, and are true presently.

17. Pursuant to 28 U.S.C. § 1446(d), Plaintiffs are being provided with a copy of this Notice of Removal and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

18. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel hereby certifies to have read the foregoing Notice of Removal, which to the best of his knowledge, information, and belief formed after reasonable inquiry, is well-grounded in fact and warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, and is not interposed for any improper purpose.

19. By filing this Notice of Removal, Federal does not waive, and hereby reserves all defenses and objections to the Plaintiffs' Summons and Complaint,

7464787.1

including, but not limited to, failure to state a claim, lack of personal jurisdiction, improper venue and/or insufficiency of service of process.

**WHEREFORE**, the Defendant, FEDERAL INSURANCE COMPANY, respectfully requests that the above-referenced action pending in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, Case No. 112021CA0015530001XX, be removed from that court to the United States District Court for the Middle District of Florida, Fort Myers Division, and that this Court assume full jurisdiction over the cause herein as provided by law, and grant such further relief that this Court deems just and proper.

Dated: July 15, 2021.

Respectfully submitted,

CLAUSEN MILLER P.C.

By:  */s/ Nicholas W. Travis*
NICHOLAS W. TRAVIS, ESQ.
FBN: 116594
JOSEPH R. PAXTON, ESQ.
FBN.: 96093
4830 West Kennedy Blvd., Suite 600
Tampa, Florida 33609
Tel: (813) 519-1028
ntravis@clausen.com
jpaxton@clausen.com
aschaab@clausen.com
tweede@clausen.com
*Attorneys for Defendant,*
*Federal Insurance Company*

6

7464787.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2021, I electronically filed the foregoing document with the Clerk of Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

                              CLAUSEN MILLER P.C.

By:    */s/ Nicholas W. Travis*
          NICHOLAS W. TRAVIS, ESQ.
          FBN: 116594